# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHEAL J. STUART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:11-cv-04251-RWS |
| RESURGENS RISK ) | |
| MANAGEMENT, INC., WILLIE ) | |
| H. BURKS, RONALD D. ) | |
| MCADAMS, and WAYNE ) | |
| YINGLING, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

This matter is before the Court on the parties' joint request to approve a mediated settlement and to dismiss the action with prejudice upon the final payment of all settlement proceeds by Defendants to Plaintiff. The parties mediated their dispute on April 14, 2014 before U.S. Magistrate Judge Walter E. Johnson and reached a negotiated compromise of Plaintiff's claims. The parties have provided the Court a copy of the settlement agreement for review, and the settlement agreement contains all material terms of the parties negotiated compromise, including how the settlement proceeds will be allocated amongst and between the Plaintiff and his counsel. Having reviewed the pleadings, considered the terms of the proposed mediated settlement, and for good cause shown, the

Court finds the terms of the settlement to be fair and reasonable, and the settlement is hereby APPROVED.

It is further ordered that this case shall be ADMINISTRATIVELY CLOSED pending the payment of the full amount of the settlement proceeds by Defendants to Plaintiff. The Clerk is DIRECTED that this civil action is to be DISMISSED WITH PREJUDICE within 70 days of the date of this Order unless the Court is notified by the either party prior to that time that there has been a delay in meeting the terms of the settlement agreement. Except as stated in the settlement agreement, each party shall bear its own costs of litigation. The parties are further directed to file a copy of the settlement agreement on the docket via CM/ECF.

SO ORDERED this 27th day of May, 2014.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE